No. 10–1199. EXTREME NETWORKS, INC. *v.* ENTERASYS NETWORKS, INC. C. A. Fed. Cir. Certiorari denied.

No. 10–1201. MARICOPA COUNTY SHERIFF'S DEPARTMENT ET AL. *v.* BYRD. C. A. 9th Cir. Certiorari denied.

No. 10–1203. EUBANKS *v.* TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 10–1212. STINE *v.* YARNALL. C. A. 9th Cir. Certiorari denied.

No. 10–1223. CURRY *v.* MARSHALL, CHIEF JUSTICE, SUPREME JUDICIAL COURT OF MASSACHUSETTS, ET AL. C. A. 1st Cir. Certiorari denied.

No. 10–1229. BROUGHMAN *v.* CARVER. C. A. 4th Cir. Certiorari denied.

No. 10–1232. ANALYTICAL DIAGNOSTIC LABS, INC. *v.* KUSEL ET AL. C. A. 2d Cir. Certiorari denied.

No. 10–1241. BLACK ET AL. *v.* METRO, OREGON. Ct. App. Ore. Certiorari denied.

No. 10–1252. BOKHARI *v.* HOLDER, ATTORNEY GENERAL. C. A. 5th Cir. Certiorari denied.

No. 10–1278. FLINT *v.* ARMSTRONG, JUDGE, DISTRICT COURT OF KENTUCKY, JEFFERSON COUNTY. C. A. 6th Cir. Certiorari denied.

No. 10–1291. CUADRA *v.* HOUSTON INDEPENDENT SCHOOL DISTRICT ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–1300. PEEK-A-BOO LOUNGE OF BRADENTON, INC., DBA PEEK-A-BOO LOUNGE *v.* MANATEE COUNTY, FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 10–1307. ZEKRI ET AL. *v.* MACY'S RETAIL HOLDINGS, INC. C. A. 11th Cir. Certiorari denied.